NUMBER 13-09-00467-CV


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI - EDINBURG


 


IN RE IN THE INTEREST OF J.L.L.

 

 

On Petition for Writ of Mandamus

 

 

MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Yañez and Benavides

Memorandum Opinion Per Curiam (1)


 Relators, Obed Jimenez and Debora Jimenez, filed a petition for writ of mandamus
by which they request this Court to direct respondent, the Honorable Ricardo Rodriguez,
presiding judge of the 92nd Judicial District Court of Hidalgo County, Texas, to reconsider
several rulings in a child-custody dispute. Relators also filed a request for emergency
temporary relief, which sought to stay enforcement of an order, dated August 13, 2009,
appointing real parties in interest as primary managing conservators of J.L.L. See Tex. R.
App. P. 24.2 (providing that upon proper showing, an appellate court may suspend
enforcement of a conservatorship order with or without security); Id. Rule 52.10(b). 

 This Court granted relators' motion and stayed enforcement of the August 13, 2009
order until further orders from this Court. We also requested a response from the real
parties in interest, Eva Gonzalez and Valdemar Gonzalez, and one was timely filed.

 The Court, having examined and fully considered the petition for writ of mandamus,
the response, and the papers on file, is of the opinion that relators have not shown
themselves entitled to the relief sought and the petition for writ of mandamus should be
denied. See Tex. R. App. P. 52.8(a). Accordingly, the petition for writ of mandamus is
DENIED. The order staying enforcement of the trial court's August 13, 2009 order is
hereby LIFTED. (2)

 Per Curiam


Memorandum Opinion delivered 

and filed on the 31st of August, 2009.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).
2. On August 19, 2009, relators filed a request to refer the case to mediation. Having denied relators'
petition on the merits, we refer the motion for mediation to the trial court for its consideration.